USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                     :

FERNELY FELIZ,                   :

                  Plaintiff,    :

       -v-                 :

BULLDOG BOXING PROMOTIONS LLC,    :

                  Defendant.    :

                     :
-------------------------------------------------------------------X

26-cv-1784 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The initial pretrial conference scheduled for May 28, 2026, at 2:00 PM is hereby converted to a hearing on Plaintiff's pending motion for a default judgment and ADJOURNED to July 9, 2026, at 11:00 AM.  Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Plaintiff is directed to serve this Order on Defendant and to file proof of such service on the docket by June 5, 2026.  Defendant shall file any opposition papers to the motion for default judgment by July 1, 2026.

       SO ORDERED.

Dated: May 22, 2026
       New York, New York                _____
                                       LEWIS J. LIMAN
                               United States District Judge