USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

FERNELY FELIZ,

Plaintiff,

-v-

BULLDOG BOXING PROMOTIONS LLC,

Defendant.

---------------------------------------------------------------------X

26-cv-1784 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing on Plaintiff's pending motion for default judgment today, July 9, 2026. This Order memorializes the rulings made at the hearing:

Plaintiff's motion for default judgment is DENIED. Plaintiff is granted leave to file a second amended complaint and amended motion for default judgment by July 17, 2026. Any opposition to the motion for default judgment shall be filed no later than July 31, 2026. The Court will hold a telephonic hearing on the amended motion for default judgment on August 6, 2026 at 3:00 p.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.

Plaintiff is directed to serve the second amended complaint and amended motion for default judgment on Defendant by overnight mail and email and to file proof of such service on the docket. Plaintiff also is directed to serve a copy of this Order on Defendant by overnight mail and email.

The Clerk of Court is respectfully directed to close Dkt. No. 21.

SO ORDERED.

Dated: July 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge