USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FERNELY FELIZ,

Plaintiff,

-v-

BULLDOG BOXING PROMOTIONS LLC,

Defendant.

---

26-cv-1784 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court received the attached communication from Defendant's President and Managing Member via email. Corporations do not have a right to be heard *pro se* in federal court. *See Carlone v. Lion & the Bull Films, Inc.*, 861 F Supp. 2d 312, 318 (S.D.N.Y. 2012) (citing *Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993)).

Plaintiff shall inform the Court by no later than July 31, 2026 whether he opposes the requested extension of time.

SO ORDERED.

Dated: July 30, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge

Outlook

**Feliz v. Bulldog Boxing Promotions LLC, Case No. 1:26-cv-01784 (LJL) - Request for Extension of Time**

**From** Gino Limeri <ginolimeri@yahoo.com>
**Date** Thu 7/30/2026 12:50 PM
**To** Liman NYSD Chambers <LimanNYSDChambers@nysd.uscourts.gov>
**Cc** acjoseph8@gmail.com <acjoseph8@gmail.com>

1 attachment (51 KB)
Bulldog Letter_To_Judge (1).pdf;

**CAUTION - EXTERNAL:**

Dear Judge Liman:

Please find attached a letter from Gino Limeri, President and Managing Member of Bulldog Boxing Promotions LLC, respectfully requesting a three-week extension of time to retain counsel and respond to Plaintiff s Amended Motion for Default Judgment.

A copy of this email and the attached letter is being provided to Plaintiff s counsel, Mr. Arnold Joseph.

Thank you for your time and consideration.

Respectfully,

Gino Limeri
President & Managing Member
Bulldog Boxing Promotions LLC

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

BULLDOG BOXING PROMOTIONS LLC
20 East Main Street
Stony Point NY 10980
(914) 260-1325

July 30, 2026

The Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York

Re: Fernely Feliz v. Bulldog Boxing Promotions LLC
Case No. 1:26-cv-01784 (LJL)

Dear Judge Liman:

I am the President and Managing Member of Defendant, Bulldog Boxing Promotions LLC.

I respectfully write to advise the Court that Bulldog Boxing Promotions LLC only recently became aware of the Court's July 9, 2026 Order and the deadlines set forth therein.

Upon learning of the current status of this matter, I immediately contacted Plaintiff's counsel, Mr. Arnold Joseph, and advised him that Bulldog Boxing Promotions LLC is in the process of retaining legal counsel to represent the company in this action. During that conversation, Mr. Joseph advised that he would address a request for an extension with Defendant's counsel once counsel has been retained.

Because Bulldog Boxing Promotions LLC is actively in the process of retaining counsel, I respectfully submit this request directly to the Court. Defendant respectfully requests a three-week extension of time to respond to Plaintiff's Amended Motion for Default Judgment so that counsel may be retained, appear on Defendant's behalf, review the pleadings and procedural history of this matter, confer with Plaintiff's counsel, and prepare an appropriate response.

This request is made in good faith and not for the purpose of delay. Rather, it is made to ensure that Defendant has a fair opportunity to obtain counsel and that this matter may be resolved on its merits.

Bulldog Boxing Promotions LLC sincerely appreciates the Court's consideration of this request and respectfully asks that the Court grant the requested three-week extension, or such other relief as the Court deems just and proper.

Respectfully submitted,

Gino Limeri
President & Managing Member
Bulldog Boxing Promotions LLC