USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/31/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

FERNELY FELIZ,

Plaintiff,

-v-

BULLDOG BOXING PROMOTIONS LLC,

Defendant.

---------------------------------------------------------------------X

26-cv-1784 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The request of Defendant's President and Managing Member for a three-week extension of time to retain counsel and respond to Plaintiff's amended motion for default judgment, *see* Dkt. No. 35, is GRANTED. Any opposition to the amended motion for default judgment shall be filed no later than August 21, 2026.

The telephonic hearing on the amended motion for default judgment previously scheduled for August 6, 2026 is adjourned *sine die*.

SO ORDERED.

Dated: July 31, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge